UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RICHARD CARILLO,

    Plaintiff,                                       Case No. 1:14-CV-1008

v.                                                  Hon. Robert J. Jonker

PATRICK R. DONAHOE, et al.,

    Defendants.
_____/

## ORDER
## APPROVING AND ADOPTING REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action (ECF No. 27). The Report and Recommendation was duly served on the parties on August 30, 2016. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed August 30, 2016, is approved and adopted as the opinion of the Court.

**IT IS FURTHER ORDERED** that defendants' motion to dismiss or for summary judgment (ECF No. 23) is **GRANTED**.

Date:    September 21, 2016                      /s/ Robert J. Jonker
                                                        ROBERT J. JONKER
                                                         CHIEF UNITED STATES DISTRICT JUDGE